## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **ALISHA FOSTER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 3:15-cv-00690-JHM-CHL |
| § | |
| **AFNI, INC.,; EQUIFAX** § | Judge Joseph H. McKinley, Jr. |
| **INFORMATION SERVICE, LLC;** § | Magistrate Judge Colin H. Lindsay |
| **AND TRANS UNION, LLC;** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF SETTLEMENT AS TO AFNI, INC.

Plaintiff, Alisha Foster, and Defendant, Afni, Inc., have reached an agreement in the above referenced matter and are now finalizing settlement documents. Plaintiff and Afni, Inc. will file an Agreed Order of Dismissal as soon as settlement is complete. This notice does not impact any claims against any other active parties.

DATED: November 5, 2015

Respectfully Submitted,

*/s/ Shea Conley*
Shea W. Conley
Lauren D. Lunsford
Reminger Co., LPA
333 W. Vine Street, Ste. 1670
Lexington, Kentucky 40507
Telephone: (859) 233-1311
Facsimile: (859) 233-1312
Email: sconley@reminger.com
      llunsford@reminger.com
*Attorney for Defendant,*
*Afni, Inc.*

*/s/ David Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
500 West Jefferson Street
Suite 2100
Louisville, KY 40202
502-589-4994
Fax:502-589-3004
Email:hemmingerlawoffice@gmail.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that on this 5th day of November 2015, a copy of the foregoing was filed electronically filed with the Clerk of the Court for the Western District of Kentucky and served all counsel of record via CM/ECF.

                                                       */s/ Shea Conley*
                                                      Shea Conley, Esq.