IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | |
|---|---|
| ALISHA FOSTER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 3:15-CV-690-JHM |
| ) | |
| AFNI, INC., ET AL. ) | |
| ) | |
| Defendants ) | |

\*\* \*\* \*\* \*\*

## NOTICE OF SETTLEMENT

Comes the Plaintiff, Alisha Foster, and the Defendant, Trans Union, LLC, each by counsel, and hereby notifies the Court that Plaintiff has settled her claims against Trans Union, LLC subject to execution of a final settlement agreement and release.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

HAVE SEEN AND AGREE:

/s/Terri R. Brown_____
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
Fax: 317-363-2257
Email: tbrown@schuckitlaw.com
*Counsel for Defendant, Trans Union, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/David W. Hemminger
David W. Hemminger