IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | | |
|---|---|---|
| ALISHA FOSTER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 3:15-CV-690-JHM |
| | ) | |
| AFNI, INC., ET AL. | ) | |
| | ) | |
| Defendants | ) | |

\*\* \*\* \*\* \*\*

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Alisha Foster, and the Defendant, Equifax Information Services, LLC, each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Equifax Information Services, LLC are hereby DISMISSED WITH PREJUDICE as settled, each party to bear its own attorneys' fees and costs.

                                                  **Joseph H. McKinley, Jr., Chief Judge**
                                                  **United States District Court**

TENDERED BY:
*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth St.
Louisville, KY  40202
(502) 443-1060
dhemminger@lynchcox.com
*Counsel for Plaintiff*

December 21, 2015

HAVE SEEN AND AGREE:

/s/ John Michael Williams
RAJKOVICH, WILLIAMS, KILPATRICK & TRUE, PLLC
3151 Beaumont Centre Circle, Ste. 375
Lexington, KY 40513
(Tel) 859.245.1059
(Fax) 859.245.1231
williams@rwktlaw.com
*Counsel for Defendant, Equifax Information Services, LLC*